UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

WILLIAM McADAMS,

Plaintiff,                                        Case #1:16-cv-14348
                                                                       Hon. Thomas L. Ludington

-vs-

DYNAMIC RECOVERY SOLUTIONS, LLC,

Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT DYNAMIC RECOVERY SOLUTIONS, LLC

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through his counsel, hereby files this notice, that the above-captioned action be dismissed as to defendant Dynamic Recovery Solutions, LLC. Pursuant to the aforementioned Rule, this matter is hereby DISMISSED as to Dynamic Recovery Solutions, LLC. with no award of costs or attorney's fees to either party.

Dated:   March 9, 2017

_____
HON. JUDGE THOMAS L. LUDINGTON

Respectfully,
**/s/Adam S. Alexander**
Adam S. Alexander (P53584)
Andrew R. Mikos (P76268)
THE ALEXANDER LAW FIRM
Attorneys for Plaintiff
17200 W. Ten Mile, Ste. 200
Southfield, MI 48075
(248)246-6353

1